**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS**

**JAMES R. DOUGLAS,**

    Petitioner,

v.

                           **CIVIL ACTION NO. 2:11-CV-48
                           (BAILEY)**

**TIMOTHY STEWART,
Warden FCI Morgantown,**

    Respondent.

## ORDER ADOPTING REPORT AND RECOMMENDATION

On this day, the above-styled matter came before the Court for consideration of the Report and Recommendation of United States Magistrate Judge David J. Joel. By Local Rule, this action was referred to Magistrate Judge Joel for submission of a proposed report and recommendation ("R&R"). Magistrate Judge Joel filed his R&R on September 12, 2011 [Doc. 16]. In that filing, the magistrate judge recommends that this Court grant the respondent's Motion to Dismiss or, for Summary Judgment [Doc. 8] and dismiss with prejudice the petitioner's § 2241 petition [Doc. 1]. ([Doc. 16] at 14).

Pursuant to 28 U.S.C. § 636 (b)(1)(c), this Court is required to make a *de novo* review of those portions of the magistrate judge's findings to which objection is made. However, the Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. ***Thomas v. Arn***, 474 U.S. 140, 150 (1985). In addition, failure to file timely objections constitutes a waiver of *de novo*

review and the right to appeal this Court's Order.  28 U.S.C. § 636(b)(1); **Snyder v. Ridenour**, 889 F.2d 1363, 1366 (4th Cir. 1989); **United States v. Schronce**, 727 F.2d 91, 94 (4th Cir. 1984).  Here, objections to Magistrate Judge Joel's R&R were due within fourteen (14) days of receipt, pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure.  The docket reflects that service was accepted on September 14, 2011.  See Doc. 17.  To date, no objections have been filed.  Accordingly, this Court will review the R&R for clear error.

Upon careful review of the R&R, it is the opinion of this Court that the magistrate judge's Report and Recommendation **[Doc. 16]** should be, and hereby is, **ORDERED ADOPTED** for the reasons more fully stated therein.  As such, this Court hereby **GRANTS** the respondent's Motion to Dismiss or, for Summary Judgment **[Doc. 8]**.  Accordingly, this Court hereby **DENIES** and **DISMISSES WITH PREJUDICE** the petitioner's § 2241 petition **[Doc. 1]** and **ORDERS** this matter **STRICKEN** from the active docket of this Court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to any counsel of record and to mail a copy to the *pro se* petitioner.

**DATED:** October 4, 2011.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE